IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JESSIE W. BOYINGTON,

    Plaintiff,

vs.	CASE NO. 1:08CV112-SPM/AK

CAROLYN C. PATTERSON, et al,

    Defendants.

_____/

**O R D E R**

Presently before the Court is Plaintiff's Motion for Leave to Proceed IFP and his complaint alleging claims against private persons and businesses under 42 U.S.C. §1983. (Docs. 1 and 4). Having considered the financial affidavit attached to the motion for IFP, the Court finds that leave to proceed IFP (doc. 4) should be **GRANTED**.

However, it will be recommended in a separate Report and Recommendation to the District Judge that this cause be dismissed for failure to state a claim for relief.

**DONE AND ORDERED** this  _23rd_  day of September, 2008.

                                            _s/ A. KORNBLUM_
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**