IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JESSIE W. BOYINGTON,
    Plaintiff,

vs.                                          CASE NO. 1:08cv112-SPM/AK

CAROLYN C. PATTERSON, et al.,
    Defendants.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated September 23, 2008 (doc. 11). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 11) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed with prejudice for lack of subject matter jurisdiction.

DONE AND ORDERED this 5th day of December, 2008.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge